THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARLEY S. FOSGATE, Appellant.

*Crimes — grand larceny in second degree — judgment of conviction affirmed.*

People v. *Fosgate,* 197 App. Div. 917, affirmed.

(Argued January 12, 1923; decided January 30, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1921, which affirmed a judgment of the Chenango County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Edmund B. Jenks* and *Joel J. Bixby* for appellant.

*Ward N. Truesdell, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.